1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

**FILED**

MAR 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

**FILED**

MAR 2 2 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
            DEPUTY CLERK

6
   Attorneys for Plaintiff
7  United States of America

8             IN THE UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:17-MJ-0054

12                 Plaintiff,             [PROPOSED] ORDER TO UNSEAL ARREST
                                          WARRANT
13          v.

14 RUSLAN KIRILYUK,

15                 Defendant.

16        Upon application of the United States of America and good cause having been shown,

17        IT IS HEREBY ORDERED that the arrest warrant in the above-captioned matter be, and is,

18 hereby ordered unsealed.

19

20 Dated: March 22, 2017              _____
                                      The Honorable Deborah L. Barnes
21                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28