PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIHRAN MELKONYAN,<br>RUSLAN KIRILYUK, and<br>ALEKSANDR MASLOV,<br><br>Defendants. | CASE NO. 2:14-CR-00083 GEB<br><br>STIPULATION REGARDING CONTINUING STATUS HEARING; [PROPOSED] ORDER<br><br>DATE: September 30, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status hearing on September 30, 2016.

2. By this stipulation, the parties now move to continue the status hearing to November 18, 2016. The parties do not seek to appear on Friday now that status of counsel has been confirmed. However, the parties wish to schedule a future status conference prior to trial confirmation so as to ensure all parties are continuing diligent preparation for trial and to provide for any potential changes of plea that might occur prior to trial confirmation.

3. The parties note that time has already been excluded in this case under the Speedy Trial Act until the date of trial (February 7, 2017), pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  September 28, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
MICHAEL D. ANDERSON
Assistant United States Attorneys

Dated:  September 28, 2016

/s/ MATTHEW BOCKMON
MATTHEW BOCKMON
Counsel for Defendant
MIHRAN MELKONYAN

Dated:  September 28, 2016

/s/ GEORGE MGDESYAN
GEORGE MGDESYAN
Counsel for Defendant
RUSLAN KIRILYUK

Dated:  September 28, 2016

/s/ ROBERT WILSON
ROBERT WILSON
Counsel for Defendant
ALEKSANDR MASLOV

**ORDER**

IT IS SO ORDERED.

Dated:  September 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge