UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-0083 GEB |
|---|---|
| Plaintiff, | |
| v. | **TRIAL CONFIRMATION ORDER** |
| MIHRAN MELKONYAN, RUSLAN KIRILYUK, and ALEKSANDR MASLOV | |
| Defendant. | |

Trial in the above-captioned case, scheduled to commence at 9:00 a.m. on February 7, 2017, was confirmed at the hearing held on January 6, 2017.

**EVIDENTIARY DISPUTES**

All evidentiary disputes capable of being resolved by in limine motions shall be filed no later than January 13, 2017. Oppositions to the motions or statements of non-opposition shall be filed no later than January 20, 2017. Hearing on the motions shall commence at 9:00 a.m. on January 27, 2017.

Any reasonably anticipated dispute concerning the admissibility of evidence that is not briefed in an in limine motion shall be included in trial briefs. E.D. Cal. R. 285(a)(3).

**TRIAL PREPARATION**

A. No later than January 23, 2017, the following documents shall be filed:

(1) proposed jury instructions and a proposed verdict form;

1

(2) proposed voir dire questions to be asked by the Court;

(3) trial briefs; and

(4) a joint statement or joint proposed jury instruction that can be read to the jury during voir dire that explains the nature of the case.

B. The government's exhibits shall be numbered with stickers. Should a defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter with stickers. The parties may obtain exhibit stickers from the Clerk's Office.

C. The parties estimate it will take ten (10) court days to try the case. Each defendant has ten (10) minutes for voir dire, and the government has twenty (20) minutes for voir dire which may be used after the judge completes judicial voir dire. Two (2) alternate jurors will be empaneled.

The "struck jury" system will be used to select the jury unless this case is reassigned and the reassigned judge elects to use another system. The struck jury system is "designed to allow both the prosecution and the defense a maximum number of peremptory challenges. The venire . . . start[s] with about 3[6] potential jurors, from which the defense and the prosecution alternate[] with strikes until a petite panel of 12 jurors remain[s]." Powers v Ohio, 499 U.S. 400, 404-05 (1991); see also United States v. Esparza-Gonzalez, 422 F.3d 897, 899 (9th Cir. 2005) (discussing the "struck jury" system).

The Jury Administrator randomly selects potential jurors and places their names on a list that will be provided to

2

each party in the numerical sequence in which they were randomly selected. Each juror will be placed in his or her randomly-selected seat. The first 12 jurors on the list will constitute the petit jury unless one or more of those 12 is excused for some reason. Assuming that the first listed juror is excused, the thirteenth listed juror becomes one of the twelve jurors.

The Courtroom Deputy will give each juror a large laminated card on which the numerical order the juror has been is placed.

Following the voir dire questioning, each side will take turns exercising its peremptory challenges. The parties will be given a sheet of paper ("strike sheet") upon which they shall silently exercise their peremptory challenges in the manner specified on the strike sheet. If a side elects to pass rather than exercise a particular peremptory challenge, the word "pass" placed on the strike sheet for the past challenge and that challenge is waived.

The parties agreed to retain the alternate jurors after the jury retires to deliberate, and that the alternate jurors are no longer required to appear in court unless directed to appear by the Courtroom Deputy.

D.   Each defendant has up to ten (10) minutes to make an opening statement, and the government has up to fifteen (15) minutes to make an opening statement.

IT IS SO ORDERED.

Dated: January 9, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge