UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALEKSANDR MASLOV,<br><br>          Defendant. | No. 2:14-cr-00083-GEB<br><br>**ORDER** |

When the Order was filed on April 25 2017 directing the parties to file a document no later than today concerning the competency evaluation of Defendant, the judge did not realize a status hearing regarding the competency issue is scheduled on April 28, 2017.  Therefore, a party need not file a document in response to the April 25 2017, if that party prefers to discuss the competency matter at the hearing scheduled tomorrow.

Dated:  April 27, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1