UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RUSLAN KIRILYUK,<br><br>    Defendant. | No. 2:14-cr-0083-GEB<br><br>**ORDER DENYING DEFENDANT'S PRETRIAL MOTIONS** |

On January 18, 2019, Defendant Ruslan Kirilyuk filed pretrial motions. The United States filed an opposition to the motions on January 25, 2019. Because of the information in the opposition brief, defendant's pretrial motions are denied.

Dated: January 31, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1