UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00083-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING SHACKLING ONE OF DEFENDANT'S LEGS DURING THE JURY TRIAL** |
| RUSLAN KIRILYUK, | |
| Defendant. | |

A deputy United States Marshal assigned to assist with court security for the impending jury trial in this case informed the undersigned that one of detained Defendant's legs should be shackled to a bucket under counsel table during the jury trial, because Defendant is a flight risk. This request is granted. See Shackling Minute Order filed 11/17,2017(stating: "Pursuant to Local Rule 401 [the Magistrate Judge] determined that the appropriate restraint level for Ruslan Kirilyuk is Legs Only when appearing alone."), ECF No. 229. Counsel tables have wooden panels on them that preclude jurors from seeing the shackling device affixed to the bucket where Defendant will be seated, and that device does not make any audible noise when a shackled defendant moves his shackled leg.

**A copy of this order shall be served on the United States Marshal's Office.**

**Dated: February 14, 2019**

GARLAND E. BURRELL, JR.
Senior United States District Judge