MCGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUSLAN KIRILYUK, <br><br> Defendant. | CASE NO. 2:14-CR-00083 GEB <br><br> **STIPULATION AND PROPOSED PROTECTIVE ORDER REGARDING IMPEACHMENT MATERIAL** |

## **STIPULATION**

The United States, through Assistant United States Attorneys Michael D. Anderson and Matthew M. Yelovich, and the defendant, Ruslan Kirilyuk, through his counsel of record Olaf W. Hedberg, hereby stipulate as follows:

1. This matter is currently set for trial before this Court on February 19, 2019, on the second superseding indictment.

2. The United States is in possession of materials potentially subject to disclosure under *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991), Fed. R. Crim. P. 16, and/or related law. The defense wishes to obtain such material without delay or pretrial litigation over the scope of disclosure.

3. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority. Although the parties have previously entered into a protective order covering discovery in this case, the parties seek this additional protective order with special provisions covering only a limited subset of discovery in this case, described as follows: documents Bates numbered MM-48912–13, as well as any information conveyed through the inspection of personnel files referenced in MM-48912–13, collectively "the Protected Information."

4. The parties further agree as follows:

   a. First, the Protected Information shall be used only with respect to the above-captioned criminal trial, and counsel for the defendant shall not disclose or provide copies of the Protected Information to any individuals other than the defendant and any individuals retained by defense counsel in this case.

   b. Second, the Protected Information may not be referenced before the jury unless and until further order of the Court during trial at a sidebar permitting such reference or use of the Protected Information.

   c. Third, the Protected Information shall not be described or cited in public filings in this or any other case, but may be described or cited only in filings submitted under seal.

   d. Finally, modification of the protective order proposed by this stipulation can be sought by either party through application to the Court.

5. Accordingly, the parties hereby agree that pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and upon order of the Court, a proposed version of which is attached, (1) the United States shall produce to counsel for the defendant the Protected Information, and (2) the defendant and defense counsel will abide by the use restrictions articulated herein.

IT IS SO STIPULATED.

Dated:  February 15, 2019                MCGREGOR W. SCOTT
                                         United States Attorney

                                         */s/ Michael D. Anderson*
                                         MICHAEL D. ANDERSON
                                         MATTHEW M. YELOVICH
                                         Assistant United States Attorneys


Dated:  February 15, 2019

                                         */s/ Olaf W. Hedberg*
                                         OLAF W. HEDBERG
                                         For Defendant Ruslan Kirilyuk

Stipulation and Protective Order Regarding          3
Impeachment Material

**ORDER**

This matter came before the Court on the parties' stipulation for a protective order for certain Protected Information, defined as documents Bates numbered MM-48912–13 and any information conveyed through inspection of personnel files referenced in MM-48912–13. For the reasons stated in the Stipulation, and for good cause appearing, the Court HEREBY ORDERS THAT, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure:

1. The Protected Information shall be used only with respect to the *United States v. Kirilyuk* criminal trial, and counsel for the defendant shall not disclose or provide copies of the Protected Information to any individuals other than the defendant and any individuals retained by defense counsel in this case.

2. Second, the Protected Information may not be referenced before the jury unless and until further order of the Court during trial at a sidebar permitting such reference or use of the Protected Information.

3. Third, the Protected Information shall not be described or cited in public filings in this or any other case, but may be described or cited only in filings submitted under seal.

IT IS SO ORDERED.

Dated: February 15, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE