MCGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-83 GEB |
| Plaintiff, | ORDER SEALING EXHIBIT A AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| RUSLAN KIRILYUK, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's Exhibit A to its motion for *in camera* inspection and approval of proposed redactions, as well as its Request to Seal, shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government for the reasons set forth in the government's Request to Seal.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. United States Dist. Court*, 920 F.2d 1462 (9th Cir. 1990), and progeny. The Court finds that, for the reasons stated in the government's Request to Seal, sealing is appropriate here for two reasons: first, the public does not have a presumptive right of access to the discovery in Exhibit A, and, second, even if the public had a presumptive right of access to this subject matter, sealing Exhibit A and the government's Request to Seal serves compelling interests. The Court further finds that, in the absence of closure, the compelling

interests identified by the government would be harmed.  Finally, the Court further finds that there are no additional alternatives to sealing the government's Exhibit A that would adequately protect the compelling interests identified by the government.

Dated:  February 20, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge