IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:14-cr-00083-DAD |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| RUSLAN KIRILYUK, | ) ) | |
| Defendant. | ) ) ) | |

The circuit court filed a mandate on May 9, 2022. CJA Panel attorney Olaf Hedberg is hereby appointed effective May 9, 2022 for the remand. The appeal attorney will remain in the case for circuit representation.

IT IS SO ORDERED.

Dated: __**November 3, 2022**__

_____
UNITED STATES DISTRICT JUDGE