THE LAW OFFICE OF OLAF W. HEDBERG
901 H St., Suite 301, Sacramento CA, 95814
Phone (916) 447-1192
ohedberg@yahoo.com

## MEMORANDUM

TO: Mr. Gabriel Michel, Clerk to Hon. Daniel J. Calabretta
FROM: Olaf W. Hedberg
DATE: July 17, 2023
RE: *US v Kirilyuk* 14-83 DJC

---

Having communicated with AUSA Heiko Coppola, DPO Julie Besabe and you the parties respectfully request the Court continue the August 17, 2023 until November 9, 2023 and calendar this matter for Status of Sentencing. The parties are requesting Status of Sentencing because Mr. Kirilyuk is set for a surgical procedure in late August and has a recovery timeline that is not certain.